NATHAN R. MORALES, OSB No. 145763
nathan.morales@stoel.com
CAMERON C. ZANGENEHZADEH, OSB No. 212756
cameron.zangenehzadeh@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SUSAN HOSHIDA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH HORSFALL, BRETT MONSON, ADAM BOOTH, and LEGACY CAPITAL VENTURES LLC,<br><br>Defendants. | Case No.:<br><br>**NOTICE OF REMOVAL**<br><br>(Multnomah County Circuit Court Case No. 26CV02181)<br><br>DEMAND FOR JURY TRIAL |

**TO: THE CLERK OF THE COURT FOR THE DISTRICT OF OREGON, PORTLAND DIVISION**

**AND TO: PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendants Joseph Horsfall, Brett Monson, Adam Booth, and Legacy Capital Ventures LLC (collectively, "Defendants"), by and through their undersigned counsel and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby remove this action from the Circuit Court of the State of Oregon for the County of Multnomah to the United States

District Court for the District of Oregon, Portland Division. All Defendants consent to the removal of this action. In support of this Notice of Removal, Defendants state as follows:

## BACKGROUND AND TIMELINES

1. On or about January 15, 2026, Plaintiffs commenced a civil action against Defendants in Multnomah County Circuit Court, entitled *Susan Hoshida v. Joseph Horsfall et al.,* Case No. 26CV02181 (the "State Court Action").

2. Defendant Legacy Capital Ventures LLC was served with Plaintiff's Complaint after February 3, 2026. Defendants Joseph Horsfall and Adam Booth were served with Plaintiff's Complaint after February 5, 2026. Defendant Brett Monson was served with Plaintiff's Complaint after February 28, 2026. True and correct copies of the Summonses and Complaint, together with all process, pleadings, and orders served upon Defendants are attached as Exhibit A. These documents constitute all "process, pleadings, and orders" served upon Defendants in the State Court Action as required by 28 U.S.C. § 1446(a).

3. This Notice of Removal is timely, as Defendants have filed this Notice of Removal within 30 days of service. *See* 28 U.S.C. § 1446(b).

4. Defendants did not answer or otherwise respond to the Complaint prior to filing this Notice of Removal, nor has their time to respond expired. Attached as Exhibit B is a copy of the docket in the State Court Action as of March 27, 2026.

## THIS CASE IS REMOVABLE BASED UPON FEDERAL DIVERSITY JURISDICTION

5. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a), because there is complete diversity of citizenship between Plaintiff and Defendants, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

6. Plaintiff Susan Hoshida is, and at all relevant times was, a citizen of the State of Oregon.

7. Defendant Joseph Horsfall is, and at all relevant times was, a citizen of the State of Ohio.

8. Defendant Brett Monson is, and at all relevant times was, a citizen of the District of Columbia.

9. Defendant Adam Booth is, and at all relevant times was, a citizen of the State of Ohio.

11. Defendant Legacy Capital Ventures LLC is a limited liability company. For purposes of diversity jurisdiction, an LLC is a citizen of every state in which its members are citizens. None of the members of Legacy Capital Ventures LLC is a citizen of Oregon. Accordingly, Legacy Capital Ventures LLC is not a citizen of Oregon.

12. Accordingly, there is complete diversity of citizenship between Plaintiff and all Defendants.

13. The amount in controversy exceeds $75,000. Plaintiff seeks damages of no less than $877,461, plus attorney fees, interest, and costs.

14. Therefore, this Court has original jurisdiction under 28 U.S.C. § 1332(a), and removal is proper under 28 U.S.C. §§ 1441 and 1446.

## VENUE AND NOTICE TO STATE COURT

15. Removal is appropriate "to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

16. Because this action is pending in Multnomah County Circuit Court, State of Oregon, venue, for purposes of removal, is proper in this Court pursuant to 28 U.S.C. §§ 1441 and 1446(a) and LR 3-2(a)(3).

17. All properly joined and served Defendants consent to removal.

18. Defendants, therefore, remove this action to the United States District Court for the District of Oregon, Portland Division.

19. Promptly upon the filing of this Notice of Removal, Defendants shall provide notice of the removal to Plaintiffs through their attorneys of record in the State Court Action.

20. Notice of Filing of Removal to Federal Court, together with a copy of the Notice of Removal, will promptly be filed with the Clerk of the Multnomah County Circuit Court, State of Oregon, pursuant to 28 U.S.C. § 1446(d).

## CONCLUSION

Defendants submit this Notice of Removal reserving all defenses and without waiving any defenses to the claims asserted by Plaintiff, without conceding that Plaintiff has pleaded claims upon which relief can be granted, and without admitting that Plaintiff is entitled to any monetary or equitable relief whatsoever (or that the damages they seek may be properly sought).

Should Plaintiff seek to remand this case to state court, Defendants respectfully ask that Defendants be permitted to brief and argue the issue of this removal prior to any order remanding this case. In the event the Court decides remand is proper, Defendants ask that the Court retain jurisdiction and allow Defendants to file a motion asking this Court to certify any remand order for interlocutory review by the Ninth Circuit Court of Appeals, pursuant to 28 U.S.C. § 1292(b). Further, in the event the Court decides remand is proper, Defendants expressly reserve the right to request a change of venue in the State Court Action.

WHEREFORE, Defendants submit that this action properly is removable based on original federal diversity jurisdiction and respectfully request that the above-described action pending against them be removed to the United State District Court for the District of Oregon, Portland Division. Defendants also request all other relief, at law or in equity, to which they justly are entitled.

DATED: March 30, 2026

STOEL RIVES LLP

*/s/ Cameron Zangenehzadeh*
NATHAN R. MORALES, OSB No. 145763
nathan.morales@stoel.com
CAMERON C. ZANGENEHZADEH, OSB No. 212756
cameron.zangenehzadeh@stoel.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **NOTICE OF REMOVAL** on the following named person(s) on the date indicated below by

- ☒ mailing with postage prepaid
- ☐ hand delivery
- ☐ facsimile transmission
- ☐ overnight delivery
- ☒ email (courtsey copy only)
- ☒ notice of electronic filing using the Cm/ECF system

to said person(s) a true copy thereof, contained in a sealed envelope if by mail, addressed to said person(s) at his or her last known address(es) indicated below.

Thomas G. Bode
Larkins Vacura Kayser LLP
121 SW Morrison St., Suite 700
Portland, OR 97204

*Attorney for Plaintiff*

DATED: March 30, 2026

STOEL RIVES LLP

*/s/ Cameron Zangenehzadeh*
NATHAN R. MORALES, OSB No. 145763
nathan.morales@stoel.com
CAMERON C. ZANGENEHZADEH, OSB No. 212756
cameron.zangenehzadeh@stoel.com

*Attorneys for Defendant*